COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of T. C., a Child
In the Interest of T.L.C., a Child

Appellate case number:     01-17-00497-CV
01-17-00498-CV

Trial court case number:    2014-71072
2011-08360

Trial court:               309th District Court of Harris County

These appeals involve termination and child-protection cases. On January 22, 2018, appellee, Department of Family & Protective Service ("DFPS"), filed an unopposed motion for an extension of time to February 12, 2018 to file its appellee's brief. We **grant** the motion. **DFPS's brief is due to be filed in these appeals no later than Monday, February 12, 2018. No further extensions will be granted.** *See* TEX. R. APP. P. 28.4(a), 38.6(b), (c).

**Further, in Cause No. 01-17-00498-CV, the brief of appellee T.L.C. aka T.L.C. is due to be filed no later than Monday, February 12, 2018. No further extensions will be granted.**

Because these appeals involve termination and child-protection cases, this Court is required to bring the appeals to final disposition within 180 days of June 30, 2017, the date the notices of appeal were filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon Supp. 2017).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                         ☑ Acting individually    ☐ Acting for the Court

Date: January 25, 2018